**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                              Case No. 05-cr-33-PB

<u>Keith Materas</u>

**O R D E R**

The defendant has moved to continue the September 6, 2005 trial in the above case.  Defendant cites the need for additional time to complete discovery on a superseding indictment and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 7, 2005 to November 1, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 22, 2005 final pretrial conference is continued until October 18, 2005 at 4:00 p.m.

SO ORDERED.

          /s/Paul Barbadoro
          Paul Barbadoro
          United States District Judge

August 22, 2005

cc:  Steven Maynard, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal