UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                                      Case No. 05-cr-33-PB

<u>Keith Materas</u>

**O R D E R**

    The defendant has moved to continue the November 1, 2005 trial in the above case. Defendant cites the need for additional time to complete additional discovery on a superseding indictment and prepare a defense. The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 1, 2005 to January 4, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 20, 2005 at 3:30 p.m.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

October 20, 2005

cc:  Steven Maynard, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal