```
         UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                     Case No. 05-cr-33-PB

**Keith Materas**

### O R D E R

The defendant has moved to continue the January 4, 2006 trial in the above case, citing the need for additional time to finalize a negotiated plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to finalize plea negotiations or properly prepare for trial, the court will continue the trial from January 4, 2006 to February 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                            /s/Paul Barbadoro  
                                            Paul Barbadoro  
                                            United States District Judge

January 3, 2006

cc: Steven Maynard, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal