UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

        v.                         Criminal No. 05-cr-33-01-PB

<u>Keith Materas</u>


      The defendant has moved to continue the February 7, 2006 trial in the above case.  Defendant cites the need for additional time to correct a misunderstanding with the government regarding circumstances surrounding the defendant's entry of a plea.  The government does not object to a continuance of the trial date.

      Accordingly, in order to allow the parties additional time to negotiate a plea agreement, or properly prepare for trial, the court will continue the trial from February 7, 2006 to March 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 26, 2006 change of plea hearing is cancelled; a final pretrial conference is scheduled for February 16, 2006 at 3:00 PM.

SO ORDERED.


January 27, 2006                             /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge